IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>                                    Plaintiff,<br><br>         v.<br><br>J. BARRIOS, et al.,<br><br>                                    Defendant. | Case No. 1:23-cv-00054-HBK<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT<br><br>(Doc. No. 41) |

    The Court having considered Defendants' motion to opt out of having an early settlement conference, and good cause appearing, the motion (Doc. No. 41) is GRANTED. The Court will issue a Discovery and Scheduling Order for this case in due course.

Dated:   October 4, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE