UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BARRIOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00054-KES-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Doc. No. 84) |

Pending before the Court is Defendants' Motion for Administrative Relief. (Doc. No. 84). Defendants request a 30-day extension of time in which to respond to certain of Plaintiff's discovery requests. (*Id*. at 1-2). Having read and considered Defendants' motion and the declaration of Defendants' counsel in support, the Court finds good cause to grant an extension of time for Defendants to respond to Plaintiff's discovery requests.

Accordingly, it is **ORDERED:**

Defendants' Motion for Administrative Relief (Doc. No. 84) is **GRANTED.** Defendants shall respond to Plaintiff's discovery no later than **May 24, 2024**.

Dated: 　April 25, 2024　

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE